# UNITED STATES DISTRICT COURT
## District of Minnesota

Jose Rafael Masapanta Masapanta,

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons and David Easterwood,

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-1165 JRT/DTS

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Court's Memorandum Opinion and Order 7 has been satisfied. This matter is dismissed.

Date: 2/17/2026

KATE M. FOGARTY, CLERK